**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

STEPHEN L. GRANT,

      Plaintiff,

      v.       Case No. 12-cv-668

WAYNE LAUFENBERG,
JOSEPH VERDEGAN, and
SHELLEY ZAGER,

      Defendants.

---

**DECISION AND ORDER DENYING DEFENDANTS' MOTION FOR BRIEFING SCHEDULE FOR REMAINING SUMMARY JUDGMENT ARGUMENTS (DOC. 62) AND DIRECTING DEFENDANTS TO FILE A NEW MOTION FOR SUMMARY JUDGMENT ON OR BEFORE FRIDAY, MAY 9, 2014**

Defendants have asked this court for a briefing schedule for their remaining summary judgment arguments. In their earlier motion for summary judgment, defendants had addressed the issue of exhaustion and the merits of plaintiff's claims. However, the court believes the *pro se* plaintiff will be better able to respond to a new motion for summary judgment (and related documents) that focuses on the merits of the remaining claims. Therefore,

IT IS ORDERED that defendants' motion for briefing schedule for remaining summary judgment arguments (Doc. 62) is DENIED.

IT IS FURTHER ORDERED that defendants shall file their motion for summary judgment on the remaining claims on or before **Friday, May 9, 2014,** and shall provide plaintiff the notice required by Civil Local Rule 56(a) (E.D. Wis.).

IT IS FURTHER ORDERED that the deadlines for plaintiff's response and defendants' reply will follow as set forth in Civil Local Rule 56(b)(2) and (3).

Dated at Milwaukee, Wisconsin, this 7th day of April, 2014.

BY THE COURT

/s/ C. N. Clevert, Jr.
C. N. CLEVERT, JR.
U.S. District Judge